■ In the Matter of ALFONSO SPRINGER, Petitioner, v JOSEPH M. McKAY, Respondents. [805 NYS2d 289]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondent Joseph M. McKay, a Justice of the Supreme Court, Kings County, from taking any further action in a case entitled *People v Springer*, pending under Kings County indictment No. 9445/01.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue,* 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought (*see Matter of Springer-Knight v McKay,* 24 AD3d 562 [2005] [decided herewith]). Prudenti, P.J., H. Miller, Mastro and Lunn, JJ., concur.

■ In the Matter of ALFONSO SPRINGER-KNIGHT, Petitioner, v JOSEPH M. McKAY, Respondents. [805 NYS2d 290]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondent Joseph M. McKay, a Justice of the Supreme Court, Kings County, from taking any further action in a case entitled *People v Springer*, pending under Kings County indictment No. 9445/01.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue,* 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought (*see Matter of Springer v McKay,* 24 AD3d 562 [2005] [decided herewith]). Prudenti, P.J., H. Miller, Mastro and Lunn, JJ., concur.

■ In the Matter of MURIEL WILSON et al., Respondents, v ELIZABETH SMITH, Appellant, et al., Respondent. [808 NYS2d 263]—